
FILED
FEB 21 2018
Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS C. RICHARDSON<br>(Louisa E. Richardson),<br><br>Defendant. | 9:17-PO-5116-JCL<br>CVB Violation No:<br>F4864323<br><br>ORDER DISMISSING<br>AND VACATING TRIAL |

The United States of America has moved to dismiss this matter.

Accordingly,

IT IS ORDERED that this case is **DISMISSED**.

IT IS FURTHER ORDERED that the trial set for March 26, 2018 at 9:00 a.m. is **VACATED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at 4431 Tripp Ln., Stevensville, MT 59870, and to the Central Violations Bureau. CVB is directed to enter **NC** as the disposition code in this matter.

DATED this _21st_ day of ~~March~~ Feb., 2018.

Jeremiah C. Lynch
United States Magistrate Judge

c:  USA
    Def
    CVB

ORDER DISMISSING AND VACATING
TRIAL                                1